No. 580. CLAUDE P. STREET PIANO COMPANY, ROY WARDEN, KATHERINE D. STREET, ET AL. *v.* CITY OF NASHVILLE, GEORGE J. TOMPKINS, J. W. BAUMAN, AND HILARY E. HOUSE, ETC.   Error to the Supreme Court of the State of Tennessee.   December 13, 1926.   Writ of error dismissed per stipulation of counsel, on motion of *Mr. Norman Farrell* for plaintiffs in error.

No. 144. UNITED STATES *v.* JOHN A. MUNROE.   Error to the District Court of the United States for the District of Nebraska.   January 3, 1927.   Dismissed on motion of *Solicitor General Mitchell* for the United States.

No. 189. SEID MAN, AS NEXT FRIEND OF SEID WONG, *v.* JOHN P. JOHNSON, COMMISSIONER OF IMMIGRATION.   Appeal from the District Court of the United States for the District of Massachusetts.   January 3, 1927.   Dismissed with costs, on motion of *Mr. Everett Flint Damon* for appellant.   No appearance for appellee.

No. 592. H. L. EVELAND, HUGH SMITH, AND B. W. BAER, CONSTITUTING TAX COMMISSION OF SOUTH DAKOTA *v.* CHICAGO AND NORTHWESTERN RAILWAY COMPANY.   Certiorari to the Circuit Court of Appeals for the Eighth Circuit.   January 3, 1927.   Writ of certiorari dismissed, each party to pay their own costs, per stipulation of counsel.   *Messrs. Byron S. Adams* and *Samuel Herrick* for petitioners.   *Mr. A. K. Gardner* for respondent.